RECEIVED
IN LAKE CHARLES, LA
MAR 3 1 2009
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DAVID FUSELIER | : | DOCKET NO. 07-cv-1854 SECTION P |
| VS. | : | JUDGE MINALDI |
| TONY MANCUSO | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

**ORDERED** that plaintiff's civil rights action is **DISMISSED WITH PREJUDICE,** *sua sponte,* under 28 U.S.C. § 1915A(b)(1) as frivolous and for failing to state a claim for which relief may be granted.

**THUS DONE AND SIGNED,** in chambers, in Lake Charles, Louisiana, on this the 31 day of March, 2009.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE